PHILLIP A. TALBERT
United States Attorney
EMILY SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900




Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES LANE WINSLETT,<br>Defendant. | CASE NO. 2:23-cr-0128 DJC<br><br>18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and Dealing in Firearms; 26 U.S.C. § 5861(a) – Engaging in Business as a Dealer in Firearms without Registering or Paying Tax; 18 U.S.C. § 922(d)(1) – Unlawful Sale of a Firearm to a Prohibited Person; 26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm (36 counts); 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and Dealing in Firearms Without a License]

The Grand Jury charges: T H A T

JAMES LANE WINSLETT,

defendant herein, beginning on a date uncertain, but no later than on or about January 27, 2018, and continuing through on or about October 28, 2021, in Tehama County, State and Eastern District of California, and elsewhere, did willfully engage in the business of manufacturing and dealing in firearms, not being a licensed manufacturer and dealer of firearms, as described in Title 18, United States Code, Section 923, all in violation of Title 18, United States Code, Section 922(a)(1)(A).

///

COUNT TWO: [26 U.S.C. § 5861(a) – Engaging in Business as an Importer of and Dealer in Firearms without Registration and Paying Taxes]

The Grand Jury further charges: THAT

JAMES LANE WINSLETT,

defendant herein, between on or about December 1, 2020, and on or about October 28, 2021, in Tehama County, State and Eastern District of California, and elsewhere, without having paid the special (occupational) tax required by Title 26, United States Code, Section 5801, and without having registered as required by Title 26, United States Code, Section 5802, knowingly engaged in business as an importer of and dealer in firearms, all in violation of Title 26, United States Code, Section 5861(a).

COUNT THREE: [18 U.S.C. § 922(d)(1) – Unlawful Sale of a Firearm to a Prohibited Person]

The Grand Jury further charges: THAT

JAMES LANE WINSLETT,

defendant herein, on or about June 2, 2020, in Tehama County, State and Eastern District of California, did knowingly sell a firearm to a person knowing or having reasonable cause to believe that such person had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(d)(1).

COUNTS FOUR THROUGH THIRTY-NINE: [26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm]

The Grand Jury further charges: T H A T

JAMES LANE WINSLETT,

defendant herein, on or about October 28, 2021, in Tehama County, State and Eastern District of California, did knowingly possess a firearm, as defined in Title 26, United States Code, Sections 5845(a)(7), that was not registered to him in the National Firearms Registration and Transfer Record, as identified more fully below:

///

///

///

///

| Count | Item | Serial Number | ATF Item Number |
|---|---|---|---|
| 4 | Black silencer, located in tub in garage | None | 5 |
| 5 | Black silencer, located in tub in garage | None | 6 |
| 6 | Black silencer, located in tub in garage | None | 7 |
| 7 | Black silencer, located in tub in garage | None | 8 |
| 8 | Black silencer, located in tub in garage | None | 9 |
| 9 | Black silencer, located in tub in garage | None | 10 |
| 10 | Black silencer, located in tub in garage | None | 11 |
| 11 | Black silencer, located in tub in garage | None | 12 |
| 12 | Black silencer, located in tub in garage | None | 13 |
| 13 | Black silencer, located in tub in garage | None | 14 |
| 14 | Black silencer, located in tub in garage | None | 15 |
| 15 | Black silencer, located in tub in garage | None | 16 |
| 16 | Black silencer, located in tub in garage | None | 17 |
| 17 | Black silencer, located in tub in garage | None | 18 |
| 18 | Black silencer, located in tub in garage | None | 19 |
| 19 | Black silencer, located in tub in garage | None | 20 |
| 20 | Black silencer, located in tub in garage | None | 21 |
| 21 | Stainless steel silencer, located in USPS bag in garage | None | 23 |
| 22 | Stainless steel silencer, located in USPS bag in garage | None | 24 |
| 23 | Stainless steel silencer, located in USPS bag in garage | None | 25 |

| | | | |
|---|---|---|---|
| 24 | Stainless steel silencer, located in USPS bag in garage | None | 26 |
| 25 | Stainless steel silencer, located in USPS bag in garage | None | 27 |
| 26 | Stainless steel silencer, located in USPS bag in garage | None | 28 |
| 27 | Stainless steel silencer, located in USPS bag in garage | None | 29 |
| 28 | Stainless steel silencer, located in USPS bag in garage | None | 30 |
| 29 | Stainless steel silencer, located in USPS bag in garage | None | 31 |
| 30 | Stainless steel silencer, located in USPS bag in garage | None | 32 |
| 31 | Stainless steel silencer, located in USPS bag in garage | None | 33 |
| 32 | Stainless steel silencer, located in USPS bag in garage | None | 34 |
| 33 | Stainless steel silencer, located in USPS bag in garage | None | 35 |
| 34 | Stainless steel silencer, located in USPS bag in garage | None | 36 |
| 35 | Stainless steel silencer, located in USPS bag in garage | None | 37 |
| 36 | Black silencer, located in bedroom | None | 39 |
| 37 | Black silencer, located in bedroom | None | 40 |
| 38 | Silencer and silencer parts located in garage cupboard | None | 41 |
| 39 | Black silencer, located in bedroom | None | 68 |

all in violation of Title 26, United States Code, Section 5861(d).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Three of this Indictment, defendant JAMES LANE WINSLETT shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offenses.

2. Upon conviction of one or more of the offenses alleged in Counts Two and Four through Thirty-Nine of this Indictment, defendant JAMES LANE WINSLETT shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Title 49, United States Code, Section 80303, any firearms involved in the commission of the offenses; any property used, or intended to be used in the commission of the offenses; and any aircraft, vehicle, or vessel involved in the commission of the offenses.

3. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Thirty-Nine of this Indictment, for which defendant is convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

///
///
///
///
///
///
///
///

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

PHILLIP A. TALBERT
United States Attorney

No. __________ 2:23-cr-0128 DJC

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

JAMES LANE WINSLETT

INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and Dealing in Firearms; 26 U.S.C. § 5861(a) – Engaging in Business as a Dealer in Firearms without Registering or Paying Tax; 18 U.S.C. § 922(d)(1) – Unlawful Sale of a Firearm to a Prohibited Person; 26 U.S.C. § 5861(d) Possession of an Unregistered Firearm (36 Counts); 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c) and 49 U.S.C. § 80303 - Criminal Forfeiture

*A true bill,* **/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* 18th *day*

*of* May, *A.D. 20* 23

/s/ Shelly Her

*Clerk.*

*Bail, $* No bail bench warrant.

March 18, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**United States v. James Lane WINSLETT**
**Penalties for Indictment**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and Dealing in Firearms

PENALTIES: Imprisonment of up to 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**

VIOLATION: 26 U.S.C. § 5861(a) – Engaging in Business as a Dealer in Firearms without Registering or Paying Tax

PENALTIES: Imprisonment of up to 10 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 3:**

VIOLATION: 18 U.S.C. § 922(a)(1)(A) – Unlawful Sale of a Firearm to a Prohibited Person

PENALTIES: Imprisonment of up to 10 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 4-39:**

VIOLATION: 26 U.S.C. § 5861(d) - Possession of an unregistered firearm

PENALTIES: Maximum of 10 years in prison,

Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION: 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture

PENALTIES: As stated in the charging document