FILED
May 19, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES LANE WINSLETT,<br><br>　　　　　Defendant. | Case No.  2:23-cr-00128-DJC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JAMES LANE WINSLETT</u> Case No. <u>2:23-cr-00128-DJC</u> Charges <u>18 USC § 922(a)</u> from custody for the following reasons:

　　　　<u>　X　</u>　Release on Personal Recognizance

　　　　<u>　　　</u>　Bail Posted in the Sum of $ <u>　　　　　　　　　</u>

　　　　　　　　<u>　　　</u>　Unsecured Appearance Bond $ <u>　　　　　　　</u>

　　　　　　　　<u>　　　</u>　Appearance Bond with 10% Deposit

　　　　　　　　<u>　　　</u>　Appearance Bond with Surety

　　　　　　　　<u>　　　</u>　Corporate Surety Bail Bond

　　　　　　　　(Other): <u>Release with terms stated in Court and Defendant must report directly to the Pretrial Services</u>

　　　　<u>　X　</u>　<u>office in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM on 5/22/2023</u>

　　　　<u>　　　</u>

Issued at Sacramento, California on May 19, 2023 at 2:30 PM

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE