PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-00128-DJC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JAMES LANE WINSLETT, | DATE: June 29, 2023 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 29, 2023.

2.      By this stipulation, defendant now moves to continue the status conference until September 7, 2023, and to exclude time between June 29, 2023, and September 7, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 6,650 pages, including police reports, search warrants, photographs, and additional materials.  This discovery has been either produced directly to counsel and/or made available for inspection and copying.  Additionally, the physical evidence in this case includes

firearms and firearm silencers, which remain in law enforcement custody.  Government and defense counsel are working to schedule a time for defense counsel to review these physical evidence items at the respective law enforcement agencies.

b)      Counsel for defendant desires additional time review the produced discovery and the physical evidence, consult with his client, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 29, 2023 to September 7, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  June 22, 2023                                    PHILLIP A. TALBERT
                                                        United States Attorney


                                                         /s/ EMILY G. SAUVAGEAU
                                                        EMILY G. SAUVAGEAU
                                                        Assistant United States Attorney

Dated:  June 22, 2023

/s/ TIMOTHY E. WARRINER
TIMOTHY E. WARRINER
Counsel for Defendant
JAMES LANE WINSLETT

**ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of June, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE