Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Attorney for Defendant,
James Lane Winslett

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JAMES LANE WINSLETT,<br><br>        Defendant. | Case No. 2:23-CR-0128-DJC<br><br>STIPULATION AND ORDER CONTINUING DATE FOR FILING SENTENCING MEMORANDA |

The minute order of October 3, 2024, provides that any sentencing memoranda shall be filed no later than December 12, 2024. Defense counsel requests that the sentencing memoranda deadline be continued to December 19, 2024, as he needs additional time to obtain information concerning the client's medical issues, and because he will be in Fresno meeting with a death penalty client on December 12, 2024. In light of this, the government, on behalf of Assistant United States Attorney Emily G. Sauvageau, and the defendant, represented by attorney Timothy E. Warriner, hereby stipulate and agree that the date for filing sentencing memoranda be continued to on or by December 19, 2024.

DATED: December 10, 2024          /s/ Timothy E. Warriner
                                  Attorney for Defendant
                                  JAMES WINSLETT

DATED: December 10, 2024          /s/ Emily Sauvageau
                                  Assistant U.S. Attorney

## ORDER

Any sentencing memoranda shall be filed on or by December 19, 2024.

DATED: December 10, 2024          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE