Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
James Lane Winslett

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-cr-00128-DJC |
|---|---|
| Plaintiff, | ) ORDER SEALING DOCUMENT<br>) Local Rule 141(b) |
| vs. | ) |
| JAMES LANE WINSLETT, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that five page medical report of Dr. Kathryn Locatell, MD dated December 15, 2024 (document 1) be sealed until further order of the court. The persons having access to the document shall be the defense counsel of record and the Office of the Eastern District United States Attorney, and their authorized staff. The report may be appended to the presentence investigation report.

Dated:  December 20, 2024          /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                   UNITED STATES DISTRICT JUDGE

1