PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LANE WINSLETT,<br><br>Defendant. | CASE NO. 2:23-CR-00128-DJC<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER<br><br>DATE: January 9, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant pled guilty on December 14, 2023. By previous order, this matter was set for judgment and sentencing on January 9, 2025.

2. By this stipulation, the parties move to continue the judgment and sentencing until February 6, 2025, at 9:00 AM.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The final Presentence Investigation Report has been disclosed.

   b) The parties completed pre-sentencing briefing in anticipation of the January 9, 2025 judgment and sentencing date.

   c) The United States District Court for the Eastern District of California will now be

1

closed on January 9, 2025, in observance of the National Day of Mourning in honor of former President Carter. *See* G.O. 686.

       d)     Counsel for both parties are available for sentencing on February 6, 2025.

4. Thus, the parties request that the Court continue the judgment and sentencing to February 6, 2025.

IT IS SO STIPULATED.

Dated: January 7, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ EMILY G. SAUVAGEAU
EMILY G. SAUVAGEAU
Assistant United States Attorney

Dated: January 7, 2025

/s/ TIMOTHY E. WARRINER
TIMOTHY E. WARRINER
Counsel for Defendant
JAMES LANE WINSLETT

**ORDER**

IT IS SO FOUND AND ORDERED this 7th day of January, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE